# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF WYOMING

| | |
|---|---|
| **ROCKIE KING AND KAREN GARTON,** | )<br>)<br>) |
| Plaintiff | ) **Case No.: 2:18-cv -00056-NDF** |
| v. | )<br>)<br>) |
| **DIVERSIFIED CONSULTANTS, INC.,** | )<br>)<br>) |
| Defendant | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: November 6, 2018      BY: */s/ Joseph C. Hoeffel*
                             Joseph C. Hoeffel, Esquire
                             Kimmel & Silverman, P.C.
                             30 E. Butler Avenue
                             Ambler, PA 19002
                             Phone: (215) 540-8888
                             Facsimile: (877) 788-2864
                             Email: jhoeffel@creditlaw.com
                             Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2018, a true and correct copy of the foregoing pleading was served via ECF to the below:

Patrick J Murphy, Esq.
WILLIAMS PORTER DAY & NEVILLE
159 North Wolcott, Suite 400
P O Box 10700
Casper, WY 82602
307/265-0700
Fax: 307/266-2306
Email: pmurphy@wpdn.net

Keith J Dodson, Esq.
WILLIAMS PORTER DAY & NEVILLE PC
Post Office Box 10700
Casper, WY 82602
307/265-0700
Fax: 307/266-2306
Email: kdodson@wpdn.net

Jamie N Cotter, Esq.
Spencer Fane Britt & Browne LLP
1700 Lincoln Street
Suite 2000
Denver CO 80203
(303) 839-3826
jcotter@spencerfane.com

Dated: November 6, 2018             BY: */s/ Joseph C. Hoeffel*
                                    Joseph C. Hoeffel, Esquire
                                    Kimmel & Silverman, P.C.
                                    30 E. Butler Avenue
                                    Ambler, PA 19002
                                    Phone: (215) 540-8888
                                    Facsimile: (877) 788-2864
                                    Email: jhoeffel@creditlaw.com