## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ROCKIE KING AND KAREN GARTON,<br>　　　　Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,　　Defendant. | )<br>)<br>)<br>)<br>) Case No.: 2:18-cv -00056-NDF<br>)<br>)<br>)<br>)<br>) |

### STIPULATION TO DISMISS

TO THE CLERK:

　　Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

*/s/ Patrick J Murphy*

Patrick J Murphy, Esq.
WILLIAMS PORTER DAY & NEVILLE
159 North Wolcott, Suite 400
P O Box 10700
Casper, WY 82602
307/265-0700
Fax: 307/266-2306
Email: pmurphy@wpdn.net
Attorney for the Defendant

Date: December 6, 2018

*/s/ Joseph C. Hoeffel*

Joseph C. Hoeffel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-600-2112
Email: jhoeffel@creditlaw.com
Attorney for Plaintiff

Date: December 6, 2018

BY THE COURT:

_____

　　　　　　　　　　　　　　J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 6th day of December, 2018:

Patrick J Murphy, Esq.
WILLIAMS PORTER DAY & NEVILLE
159 North Wolcott, Suite 400
P O Box 10700
Casper, WY 82602
307/265-0700
Fax: 307/266-2306
Email: pmurphy@wpdn.net

Keith J Dodson, Esq.
WILLIAMS PORTER DAY & NEVILLE PC
Post Office Box 10700
Casper, WY 82602
307/265-0700
Fax: 307/266-2306
Email: kdodson@wpdn.net

*/s/ Joseph C. Hoeffel*
Joseph C. Hoeffel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-600-2112
Email: jhoeffel@creditlaw.com
Attorney for the Plaintiff