

**FILED**

9:22 am, 12/7/18

**Stephan Harris**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

ROCKIE KING and KAREN GARTON

        Plaintiffs,

vs.

DIVERSIFIED CONSULTANTS, INC.

        Defendant.

Case No: 18-CV-56-F

## ORDER GRANTING STIPULATION TO DISMISS

THIS MATTER is before the Court on the parties' Stipulation to Dismiss Under Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court has reviewed the Stipulation and is fully informed in the premises.

IT IS ORDERED this case is DISMISSED WITH PREJUDICE, each party to pay their attorneys' fees and costs.

Dated this  7th  day of December, 2018.

*Nancy D. Freudenthal*

NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE